| | |
|---|---|
| 1 | Your Name: MAlik M JUStin |
| 2 | Address: 481 MiNNa ST #301 |
| 3 | Phone Number: (510) 414-4848 |
| 4 | Fax Number: |
| 5 | E-mail Address: |
| 6 | Pro Se Plaintiff |

FILED

APR 29 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CV25    3714**

MAlik M JUStin

Plaintiff,

v.

Shawntae Harris Dupart

Defendant.

Case Number    [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☒    No ☐

I.    **PARTIES**

1.  Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name:    MAlik M JUStin

Address:    481 MiNNa ST # 301
SF

Telephone:

2.  Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name:    Shawtae Harris Dupart

Address:

Telephone:

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

1    I live in this district.

2    ☐ at least one defendant is located in this District and any other defendants are located in California.

3

4    **IV.   INTRADISTRICT ASSIGNMENT**

5    This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

6    First write in the county in which the events you are suing about happened, and then match it to the correct

7    division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

8    San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

9    Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

10   counties, only if all parties consent to a magistrate judge.

11   1. Because this lawsuit arose in _SAN FRANCISCO_ County, it should be assigned to the

12   _SAN FRANCISCO_ Division of this Court.

13

14   **V.   STATEMENT OF FACTS**

15   Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

16   happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

17   starting with paragraph number 6. Use more pages as needed.

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

26   _____

27   _____

28   _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## VI.    CLAIMS

2

**First Claim**

3    Name the law or right violated:

4                              USC 35-271

5    Name the defendants who violated it:
6              Shawtae Harris DuPart

7    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

8    do not need to make legal arguments. You can refer to your statement of facts.

9         Infriment of Patent Invention

10     actively MS~~....~~FMS~~....~~ novelty Making

11     Sells Mucis

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____ **Claim**

Name the law or right violated:

USC - 35 - 271

_____

Name the defendants who violated it:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

1

**VII.    DEMAND FOR RELIEF**

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you

money or order the defendant to do something or stop doing something.  If you are asking for money, you

can say how much you are asking for and why you should get that amount, or describe the different kinds of

harm caused by the defendant. ~~NS to~~ Results of the

issue handle

**VIII.   DEMAND FOR JURY TRIAL**

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 04-29-25    Sign Name: _____

Print Name: _____

1 | Copy this page and insert it where you need additional space.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28