UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAWNTAE HARRIS-DUPART,<br><br>  Defendant. | Case No. 25-cv-03714-LJC<br><br>**REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 4 |

On April 30, 2025, the undersigned magistrate judge issued an Order to Show Cause why pro se Plaintiff Malik Justin's Application to Proceed in Forma Pauperis should not be denied, and why his Complaint should not be dismissed under 28 U.S.C. § 1915(e)(2)(B) if he was able to establish eligibility to proceed in forma pauperis. ECF No. 4. That Order set a deadline of May 21, 2025 for Justin to respond, and advised Justin that the undersigned might recommend dismissal for failure to prosecute if Justin did not file any response by that deadline.

That deadline has now passed, and Justin has not filed a response. Accordingly, the undersigned recommends that the case be DISMISSED without prejudice for failure to prosecute and failure to comply with a court order, and for failure to state a claim on which relief may be granted as discussed in the Order to Show Cause. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court."); *Omar v. Sea-Land Serv., Inc.*, 813 F.2d 986, 991 (9th Cir. 1987) ("A trial court may dismiss a claim sua sponte under Fed.R.Civ.P. 12(b)(6)."). The Court need not reach the defects in Justin's Application to Proceed in Forma Pauperis.

Because not all parties have appeared and consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), the Clerk is instructed to reassign this case to a district judge for

all further proceedings, including action on this recommendation for dismissal. Justin may file an objection to this recommendation no later than fourteen days after he is served with a copy of this Report. *See* 28 U.S.C. § 636(b)(1).

Dated: June 2, 2025

LISA J. CISNEROS
United States Magistrate Judge