UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>  Plaintiff,<br><br>v.<br><br>SHAWNTAE HARRIS-DUPART,<br><br>  Defendant. | Case No. 25-cv-03714-NW<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION WITHOUT PREJUDICE** |

On April 29, 2025, self-represented Plaintiff Malik Justin filed a complaint for patent infringement and an application to proceed *in forma pauperis*. ECF Nos. 1, 2. Finding his *in forma pauperis* application deficient, the Court ordered Justin to show cause why his application should not be denied by filing a response by May 21, 2025. Order to Show Cause, ECF No. 4. In addition, the Court ordered Justin to show cause in writing by May 21, 2025, why, if his application to proceed *in forma pauperis* were granted, "his Complaint should not be dismissed for failure to state a claim on which relief may be granted." *Id.* at 2. The order advised Justin that if he did not file a response by the May 21, 2025 deadline, the Court might recommend dismissal for failure to prosecute. *Id.*

The May 21, 2025 deadline passed and Justin did not file a response. Accordingly, on June 2, 2025, the Court recommended that the case be dismissed without prejudice for failure to prosecute and failure to comply with a court order, and for failure to state a claim on which relief may be granted as discussed in the Order to Show Cause. Report and Recommendation, ECF No. 6 ("Report"). On June 2, 2025, the case was reassigned to the undersigned.

The Court has reviewed Magistrate Judge Lisa J. Cisneros's Report and Recommendation recommending dismissal of this case for failure to prosecute, failure to comply with a court order,

1  and failure to state a claim on which relief may be granted.  In accordance with Federal Rule of
2  Civil Procedure 72, objections were due on or before June 16, 2025.  No objections have been
3  filed.  The court finds the Report correct, well-reasoned and thorough, and adopts it in every
4  respect.

5  Accordingly, for the reasons set forth in the Report, this case is DISMISSED without
6  prejudice for failure to prosecute and failure to comply with a court order, and for failure to state a
7  claim on which relief may be granted as discussed in the Order to Show Cause.

8  **IT IS SO ORDERED.**

9  Dated: June 23, 2025

_____
NOËL WISE
United States District Judge